CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 07 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| STUART FITZGERALD, | ) |
|     Plaintiff, | ) Civil Action No. 3:17CV00049 |
| v. | ) **ORDER OF DISMISSAL** |
| CARL STORY, | ) By: Hon. Glen E. Conrad |
|     Defendant. | ) Senior United States District Judge |

The court has before it the plaintiff's notice of voluntary dismissal filed in this case. No answer or responsive pleading having been filed in the case, and, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is accordingly

ADJUDGED and ORDERED

that the above-styled matter is DISMISSED without prejudice, and this case is stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this ___7th___ day of January, 2019.

/s/ Glen E. Conrad
Senior United States District Judge